# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALBERT PAIGE, III,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 81486

FILED

AUG 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal initiated by the filing of a pro se notice of "appeal for credit time served days to be granted." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's review of this appeal reveals jurisdictional defects. Specifically, no order denying a motion for credit for time served was entered in the district court. Thus, the notice of appeal is premature. *See* NRS 177.015 (stating that a defendant only may appeal from a final judgment or verdict). To the extent that appellant's appeal is in regard to the judgment of conviction entered on February 12, 2020, the notice of appeal was untimely filed. NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-29110

cc:    Hon. William D. Kephart, District Judge
Albert Paige, III
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk